THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH S. WILLIAMS,<br><br>                Plaintiff,<br><br>        v.<br><br>CHERYL STRANGE, *et al.*,<br><br>                Defendants. | CASE NO. C22-5867-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Judge J. Richard Creatura, United States Magistrate Judge (Dkt. No. 19), the lack of objections thereto, and the relevant record, hereby ORDERS:

1. The Court ADOPTS the R&R (Dkt. No. 19).
2. Plaintiff's claims against Defendant Cheryl Strange in her official and personal capacity are DISMISSED without prejudice. Plaintiff may file an amended complaint within twenty-one (21) days of this order. The Eighth Amendment claim survives.
3. The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable Grady J. Leupold.[1]

DATED this 10th day of May 2023.

---

[1] This matter is no longer referred to Judge Creatura.

ORDER
C22-5867-JCC
PAGE - 1

1
2
3
4    _____
     John C. Coughenour
     UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26